**SO ORDERED,**

**Judge Selene D. Maddox**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **IN RE: MELVIN SCOTT CLANTON AND ANDREA DOLER CLANTON,** | **CASE NO. 26-11416-SDM CHAPTER 12** |
| **MELVIN SCOTT CLANTON AND ANDREA DOLER CLANTON,** | **PLAINTIFFS** |
| **v.** | **ADV. PROC. NO. 26-01035-SDM** |
| **FAIRPORT ASSET MANAGEMENT REO 2, LLC,** | **DEFENDANT** |

**AGREED ORDER GRANTING DEFENDANT TIME TO FILE RESPONSIVE PLEADING TO COMPLAINT TO AVOID PREFERENTIAL JUDGMENT LIENS AND TO PRESERVE AND RECOVER TRANSFERRED INTERESTS**

This matter is before the Court at the request of Fairport Asset Management REO 2, LLC ("Fairport") for entry of this Order granting Fairport an extension of time to and including November 11, 2026, to file a responsive pleading to the Complaint to Avoid Preferential Judgment Liens and to Preserve and Recover Transferred Interests filed on September 21, 2026 [Dkt. 1].

The Court, being advised of the premises and that opposing counsel does not oppose the requested extension, finds that the request is well taken and should be granted.

Fairport is hereby granted an extension of time to and including November 11, 2026, to file its responsive pleading to the Complaint.

### END OF ORDER ###

Agreed:

*/s/ Thomas C. Rollins, Jr.*
THOMAS C. ROLLINS, JR. (MSB #103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, Mississippi 39236
601-500-5533
trollins@therollinsfirm.com

Attorney for Plaintiffs

*/s/ James A. McCullough, II*
James A. McCullough, II (MSB # 10175)
jmccullough@brunini.com
BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
190 East Capitol Street, Suite 100 (39201)
Post Office Drawer 119
Jackson, Mississippi 39205
Telephone: (601) 948-3101
Facsimile: (601) 960-6902

Attorney for Fairport Asset Management REO 2, LLC

United States Bankruptcy Court
Northern District of Mississippi

Clanton,
Plaintiff
Adv. Proc. No. 26-01035-SDM

Fairport Asset Management REO 2, LLC,
Defendant

# CERTIFICATE OF NOTICE

District/off: 0537-1 User: autodocke Page 1 of 2
Date Rcvd: Oct 31, 2026 Form ID: pdf0003 Total Noticed: 3

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Andrea Doler Clanton, 404 S Washington St, Starkville, MS 39759-3234 |
| dft | + | Fairport Asset Management REO 2, LLC, P.O. Box 150, Warsaw, NY 14569-0150 |
| pla | + | Melvin Scott Clanton, 404 S Washington St, Starkville, MS 39759-3234 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Harold J. Barkley, Jr. | hjb@hbarkley13.com trusteeMSNB81@ecf.epiqsystems.com |
| Thomas C. Rollins, Jr. | on behalf of Plaintiff Melvin Scott Clanton trollins@therollinsfirm.com jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email |
| Thomas C. Rollins, Jr. | on behalf of Plaintiff Andrea Doler Clanton trollins@therollinsfirm.com jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email |

U. S. Trustee
USTPRegion05.AB.ECF@usdoj.gov

TOTAL: 4