**SO ORDERED,**

**Judge Selene D. Maddox**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE: MELVIN SCOTT CLANTON AND ANDREA DOLER CLANTON,** — **CASE NO. 26-11416-SDM CHAPTER 12**

**MELVIN SCOTT CLANTON AND ANDREA DOLER CLANTON,** — **PLAINTIFFS**

**v.** — **ADV. PROC. NO. 26-01035-SDM**

**FAIRPORT ASSET MANAGEMENT REO 2, LLC,** — **DEFENDANT**

**SECOND AGREED ORDER GRANTING DEFENDANT TIME TO FILE RESPONSIVE PLEADING TO COMPLAINT TO AVOID PREFERENTIAL JUDGMENT LIENS AND TO PRESERVE AND RECOVER TRANSFERRED INTERESTS**

This matter is before the Court at the request of Fairport Asset Management REO 2, LLC ("Fairport") for entry of this Order granting Fairport an extension of time to and including November 16, 2026, to file a responsive pleading to the Complaint to Avoid Preferential Judgment Liens and to Preserve and Recover Transferred Interests filed on September 21, 2026 [Dkt. 1].

The Court, being advised of the premises and that opposing counsel does not oppose the requested extension, finds that the request is well taken and should be granted.

Fairport is hereby granted an extension of time to and including November 16, 2026, to file its responsive pleading to the Complaint.

### END OF ORDER ###

Agreed:

*/s/ Thomas C. Rollins, Jr.*
THOMAS C. ROLLINS, JR. (MSB #103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, Mississippi 39236
601-500-5533
trollins@therollinsfirm.com

Attorney for Plaintiffs

*/s/ James A. McCullough, II*
James A. McCullough, II (MSB # 10175)
jmccullough@brunini.com
BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
190 East Capitol Street, Suite 100 (39201)
Post Office Drawer 119
Jackson, Mississippi 39205
Telephone: (601) 948-3101
Facsimile: (601) 960-6902

Attorney for Fairport Asset Management REO 2, LLC